FILED
2023 Jan-12  AM 07:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 11, 2023

Clerk - Northern District of Alabama
U.S. District Court
Hugo L. Black United States Courthouse
1729 5TH AVE N
BIRMINGHAM, AL 35203

Appeal Number:  22-13943-DD
Case Style:  Monisha Moore v. Jasper City Board of Education, et al
District Court Docket No:  6:22-cv-01269-ACA

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 01/04/2023.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information                    404-335-6100
New / Before Briefing Cases            404-335-6135
Cases in Briefing / After Opinion      404-335-6130
Cases Set for Oral Argument            404-335-6141
Capital Cases                          404-335-6200
Attorney Admissions                    404-335-6122
CM/ECF Help Desk                       404-335-6125

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-13943-DD

_____

MONISHA F. MOORE,

                                          Plaintiff - Appellant,

versus

JASPER CITY BOARD OF EDUCATION,
WALKER WILSON,
in his individual capacity,
TERESA SHERER,
in her individual capacity,
MARY BETH BARBER,
in her individual capacity,
SCOTT THORNLEY,
in his individual capacity, et al.,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Monisha F. Moore has failed to file an appellant's brief within the time fixed by the rules, effective January 11, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION